IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE ALLEN SABIN,

    Plaintiff,                              No. CIV S-05-1142 FCD GGH P

    vs.

GLENN COUNTY JAIL,

    Defendants.

_____/           ORDER

        Plaintiff is a former prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1).  Accordingly, the request to proceed in forma pauperis will be granted.

        The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  The court cannot make this determination on the present record.

1

1   Therefore, the court reserves decision on these issues until the record is sufficiently developed.

2   The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
3   and 28 U.S.C. § 1915A(b), construed as Eighth Amendment claims against defendant Glenn
4   County Jail, seeking money damages.

5   In accordance with the above, IT IS HEREBY ORDERED that:

6   1. Plaintiff's request for leave to proceed in forma pauperis is granted.

7   2. Service is appropriate for the following defendant: Glenn County Jail;

8   4. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one
9   summons, an instruction sheet and a copy of the complaint filed on February 28, 2005.[1]

10   5. Within thirty days from the date of this order, plaintiff shall complete the
11   attached Notice of Submission of Documents and submit the following documents to the court:

12   a. The completed Notice of Submission of Documents;

13   b. One completed summons;

14   c. One completed USM-285 form for each defendant listed in number 3
15   above; and

16   d. Two (2) copies of the endorsed complaint filed February 28, 2005.

17   6. Plaintiff need not attempt service on defendants and need not request waiver of
18   service. Upon receipt of the above-described documents, the court will direct the United States
19   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
20   without payment of costs.

21   DATED: 7/12/05                                    /s/ Gregory G. Hollows

                                                       _____
                                                       GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
sabe1142.1

---

[1] This action was not transferred from the Northern District and filed in this court until June 9, 2005.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE ALLEN SABIN,

    Plaintiff,                  No. CIV S-05-1142 FCD GGH P

    vs.

GLENN COUNTY JAIL,           NOTICE OF SUBMISSION

    Defendant.             OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    __1__    completed USM-285 form

    __2__    copies of the February 28, 2005 Complaint

DATED:

                                      Plaintiff