IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE ALLEN SABIN,

    Plaintiff,                        No. CIV S- 05-1142 FCD GGH P

  vs.

GLENN COUNTY JAIL, et al.,

    Defendants.               ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  By order filed on August 30, 2005, this court directed service of plaintiff's August 5, 2005 first amended complaint upon defendant Glenn County Jail.  By letter filed on September 22, 2005, plaintiff requested the court's assistance regarding what he perceives to be acts of intimidation on the part of defendant's jail staff in retaliation for having filed this lawsuit. Specifically, he suggests that his placement in Administrative Segregation is a retaliatory action. He also states that he has been intimidated and improperly interrogated about this case by an R.N. named Rich Baldwin.

        Although no waiver of service has yet been filed by defendant, the court will now direct defendant to respond to plaintiff's letter within twenty (20) days.  The court will direct service of this order and plaintiff's letter upon the Glen County Sheriff and upon defendant's

counsel, County Counsel for Glen County.

        Accordingly, IT IS ORDERED that:

        1. The Clerk of the Court is directed to serve a copy of this order as well as a copy of plaintiff's letter, filed on September 22, 2005, upon the Glen County Sheriff at 543 W. Oak St., Willows, CA 95988 and upon Glen County Counsel at 525 W. Sycamore St., Willows, CA 95988;

        2. Defendant Glen County Jail is directed to file a response to plaintiff's September 22, 2005 letter within twenty (20) days of the filed date of this order.

DATED:   10/3/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH:009  
sabi1142.rsp