IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE ALLEN SABIN,

        Plaintiff,                              No. CIV S-05-1142 FCD GGH P

    vs.

GLENN COUNTY JAIL, et al.,

        Defendants.               ORDER

_____/

        Plaintiff has filed an unserved document entitled "response to defendants'set number one interrogatories."  In the discovery order, filed on November 14, 2005, the parties were informed, inter alia, that "[d]iscovery requests shall be *served* by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135 and *shall only be filed* when required by Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c)" [emphasis added].   This applies to a party's own responses to discovery requests which are not the subject of a motion to compel as well as to a party's discovery requests.  Plaintiff has inappropriately filed his responses to discovery requests and has compounded the error by failing to serve them upon defendants.

\\\\\

\\\\\

\\\\\

1 | Plaintiff's November 30, 2005 "response to defendants'set number one interrogatories" will be
2 | disregarded.
3 |       IT IS SO ORDERED.
4 | DATED: 1/12/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
sabi1142.411